IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABREU SANTIAGO,<br><br>    Plaintiff,<br><br>v.<br><br>WPS SCHAUMBURG, LLC., a Delaware limited liability company<br><br>    Defendant. | Case No. 1:24-cv-01816<br><br>Honorable Manish S. Shah |

## NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff respectfully notifies the Court that the Parties have agreed to settle the above-captioned matter in principle. The Parties respectfully request that all upcoming deadlines, including Defendant's deadline to Answer, be adjourned so the Parties can focus on resolving this matter and filing a stipulation of dismissal.

Respectfully submitted,

CASS LAW GROUP, P.C.

/s/ Angela C. Spears
Angela C. Spears
CASS LAW GROUP, P.C.
20015 S. LaGrange Rd #1098
Frankfort, IL 60423
T: (833) 343-6743
F: (855) 744-4419
E: aspears@casslawgroup.com
*Counsel for Plaintiff*

Dated: July 2, 2024