# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Abreu Santiago

                              Plaintiff,

v.                                                     Case No.: 1:24−cv−01816

                                                               Honorable Manish S. Shah

WPS SCHAUMBURG, LLC.,, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 16, 2024:

      MINUTE entry before the Honorable Manish S. Shah: A status report or notice of dismissal was due on 8/6/24 but nothing was filed. Plaintiff's counsel must file a status report or a notice of dismissal by 8/26/24, or the case will be dismissed with prejudice for failure to prosecute. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.